No. 02–493. CARRANZA-HERNANDEZ *v.* ALTUS FINANCE CORP. ET AL.; and CARRANZA-HERNANDEZ ET AL. *v.* ARTEMIS S. A. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. Reported below: 33 Fed. Appx. 364 (first judgment); 34 Fed. Appx. 593 (second judgment).

No. 02–517. AIG LIFE INSURANCE CO. *v.* PADFIELD. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–570. WALSTON *v.* LOCKHART ET AL. Ct. App. Tex., 10th Dist. Motion of Public Citizen for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–571. PATTERSON ET AL. *v.* BOLLINGER ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 02–7529 (02A429). KING *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.